**Todd Friedman, CA Bar No. 216752**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: (877) 206-4741**
**Fax: (866) 633-0228**
**tfriedman@attorneysforconsumers.com**
**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIAN BENYAMIN,** | Case No. **2:10-cv-07394-SVW-JCG** |
| Plaintiff, | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| **TRANS UNION, LLC,** | |
| Defendant. | |

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party.

Respectfully submitted this 18th day of January, 2011

| For Plaintiff, Marian Benyamin | For Defendant, Trans Union, LLC. |
|---|---|
| /s Todd Friedman | /s Donald E. Bradley |
| Todd Friedman, CA Bar No. 216752 | Donald E. Bradley |
| Law Offices of Todd M. Friedman, P.C. | Musick, Peeler & Garrett, LLP. |
| tfriedman@attorneysforconsumers.com | d.bradley@mpglaw.com |

Joint Stipulation to Dismiss

1  Filed electronically on this 18th day of January, 2011, with:

2  United States District Court CM/ECF system

3  Notification sent electronically via the Court's ECF system to:

4

5  Honorable Steven V. Wilson
   United States District Court
6  Central District of California

7  Donald E. Bradley
   Musick, Peeler & Garrett, LLP.
8  Attorney for Defendant

9
   This 18th day of January, 2011.
10

11 s/Todd M. Friedman
   Todd M. Friedman

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation to Dismiss