FILED
CLERK, U.S. DISTRICT COURT

JAN 19 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIAN BENYAMIN,** ) | Case No. **2:10-cv-07394-SVW-JCG** |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Priority ____ |
| **TRANS UNION, LLC,** ) | Send ____ |
| ) | Enter ____ |
| ) | Closed ____ |
| Defendant. ) | JS-5/JS-6 ____ |
| ) | JS-2/JS-3 ____ |
| | Scan Only ____ |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

Dated this 19 day of January, 2011

_____
The Honorable Stephen Wilson